# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| WRECKERS TOWING & TRANSPORT, LLC, | : | Case No. 3:25-cv-293 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| vs. | : | |
| | : | |
| ARTISAN & TRUCKERS CASUALTY COMPANY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This case is before the Court upon the parties' Second Stipulation to Move or Plead. (Doc. #5). Under S.D. Ohio Civ. R. 6.1(a), "Each party to an action may obtain stipulated extensions of time not to exceed a total of twenty-one days in which to file a motion in response to a pleading or any responsive pleading." In this case, on October 8, 2025, the parties stipulated that Defendant shall have an additional twenty-one days to respond to Plaintiff's Complaint. (Doc. #4). In the parties' Second Stipulation, they seek another twenty-one day extension. (Doc. #5). However, the parties' Second Stipulation is not permitted by S.D. Ohio Civ. R. 6.1(a). Accordingly, the parties' Second Stipulation to Move or Plead (Doc. #5) is **STRICKEN** from the docket. The Clerk is **DIRECTED** to restrict the parties' Second Stipulation to Move or Plead (Doc. #5) to Court access only. The parties may file a motion requesting an extension of time to move or plead in accordance with the Federal Rules of Civil Procedure and Local Civil Rules.

**IT IS SO ORDERED.**

October 27, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge